UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DARLENE HOWELL | : | |
| Parent and Next Friend of D.H., | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:    07-1066 (RMU) |
| | : | |
| v. | : | Document No.:    1 |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant, | : | |
| | : | |

**ORDER**

**DENYING THE PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 6th day of November 2007, it is hereby

**ORDERED** that the plaintiff's motion for injunctive relief is **DENIED**.

RICARDO M. URBINA
United States District Judge
